**Order issued September 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

No. 05-13-01116-CR
No. 05-13-01117-CR

---

**BRIAN LEE LINDEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

# O R D E R

Before Chief Justice Wright and Justices FitzGerald and Fillmore

Based on the Court's opinion of this date, we **GRANT** the April 30, 2014 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Brian Lee Lindeman, TDCJ No. 1876082, Hutchins State Jail, 1500 East Langdon Road, Dallas, Texas, 75241.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE